**RESOLUTION NO. 2026-BK01 OF THE PUERCO VALLEY FIRE DISTRICT BOARD OF DIRECTORS**

At a meeting of the Puerco Valley Fire District (the "**District**") held on July 27, 2026, with a quorum of board members present, the following was discussed, and based thereon Resolution No. 2026-BK 01 was duly adopted:

1. A discussion was held in open meeting regarding the Apache County Attorney's Office's written advice to the Apache County Treasurer's Office (together, "the **County**") to withhold essentially all property tax revenues and fire district assistance tax ("**FDAT**") revenues for the 2026-2027 fiscal year and following years because of District warrant account overpayments from prior fiscal years.

2. Without the allocated annual tax and FDAT revenues, the District's ability to provide the essential services it performs for the residents of and visitors to the District for both firefighting and emergency medical/ambulance services is severely jeopardized. Lives will be at stake because of the County's actions in violation of state law.

3. The District has negotiated with the Apache County Attorney's Office regarding its advice to the Apache County Treasurer to reach a resolution whereby sufficient tax and FDAT revenue would be available to allow the District to continue its mission. The County has declined to release the tax revenue and FDAT funds.

In light of the foregoing, upon motion duly made and seconded, the Board of the District hereby resolves as follows:

**WHEREAS**, the District has determined that it is necessary and in the best interests of the District and its creditors, employees, the residents of and visitors to the District located in Apache County whom it serves, and other interested parties, that a petition be filed by the District seeking relief under the provisions of Chapter 9 of Title 11 of the United States Code (the "**Bankruptcy Code**");

**IT IS HEREBY RESOLVED** as follows:

1. The District is hereby authorized and empowered to file a voluntary petition for relief under Chapter 9 of the Bankruptcy Code (such voluntary petition, the "**Chapter 9 Proceeding**") in a court of proper jurisdiction (the "**Bankruptcy Court**") no later than July 30, 2026;

2. Antonia Wood, as Board Chair, shall be and hereby is authorized and directed to sign such documents as are necessary to effectuate the Chapter 9 Proceeding;

3. That the law firm of Kutak Rock LLP is hereby retained for the purposes of representing the District in the Chapter 9 Proceeding, and is hereby authorized and directed to take any and all such actions as are necessary and appropriate to file the Chapter 9 Proceeding, and to report to the Fire Board on a monthly basis or more frequently as circumstances may dictate regarding the status of the Chapter 9 Proceeding;

4. The District is hereby authorized and directed pay a retainer to Kutak Rock in the amount of $35,000.00 with respect to the Chapter 9 Proceeding and to execute a written retainer agreement with Kutak Rock for same; and

5. The District hereby authorizes the payment of the filing fee of $1,738 for the Chapter 9 Proceeding.

Dated: July 27, 2026

Antonia Wood
Board Chair