# United States Bankruptcy Court
## District of Arizona

In re    Puerco Valley Fire District

Debtor(s)

Case No.   2:26-bk-07566

Chapter   9

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Board Chair of the Special Taxing District named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __3__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:   July 30, 2026

/s/ Antonia Wood
Antonia Wood/Board Chair
Signer/Title

Date:   July 30, 2026

/s/ Thomas J. Salerno
Signature of Attorney
Thomas J. Salerno 007492
Kutak Rock LLP
8601 N. Scottsdale Road
Ste. 300
Scottsdale, AZ 85253
(480) 429-4822   Fax: (480) 429-5001

MML_Requirements_8-2018

MML-3

AFLAC


APACHE COUNTY TREASURER
75 W CLEVELAND ST
SAINT JOHNS AZ 85936


ARIZONA STATE RETIREMENT SYSTEM
3300 N CENTRAL AVE
PHOENIX AZ 85012


AZ STATE TAXES


BLUE HILLS ENVIRONMENTAL ASSOCIATION
74 N MAIN ST STE 3
EAGAR AZ 85925


BRANDIE DESPAIN/PUERCO VALLEY AMB SVC IN


CAUTHEN'S AFFORDABLE AUTOMOTIVE AND DIES
34 ACR 3176
SHOW LOW AZ 85901


CIVICPLUS LLC
PO BOX 737311
DALLAS TX 75373-7311


CLIFF SNYDER


EMS MANAGEMENT & CONSULTANT, INC.
2540 EMPIRE DRIVE STE. 300
WINSTON SALEM NC 27103


ENVI HEALTH SOLUTIONS
11880 COMMUNITY ROAD, SUITE 310
POWAY CA 92064


FIRSTNET


FORMER CHIEF WILLIAM PRENTICE JR.

FORMER MANAGER TAMI WOOD


GALLUP WELDERS SUPPLY, INC.
PO BOX 1779
GALLUP NM 87305-1779


INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN UT 84201-0039


INTERNATIONAL MEDICAL DIRECTION LLC
3101 N CENTRAL AVE STE 790
PHOENIX AZ 85012


KUTAK ROCK, LLP
8601 N. SCOTTSDALE ROAD, SUITE 300
SCOTTSDALE AZ 85253


LAW OFFICE OF NICOLAS J. CORNELIUS PLLC
5090 N 40TH ST, SUITE 200
PHOENIX AZ 85018


LEIB
PO BOX 22
MAPLE SHADE NJ 08052-0022


MECHANIC


NAVAJO TRIBAL UTILITY AUTHORITY
PO BOX 587
FORT DEFIANCE AZ 86504


NORVIN DESPAIN


PARKLAND USA CORP DBA RHINEHART OIL
4475 W CALIFORNIA AVE
SALT LAKE CITY UT 84104


PAYROLL - BIWEEKLY


PROPERTY INSURANCE

SECURIS INSURANCE POOL
BOX 841563
LOS ANGELES CA 90084-1563


SOS TRUCK & AUTO SERVICE


STANLEY F. CARPENTER, P.C.
4455 E. BROADWAY RD - SUITE 108
MESA AZ 85206


TABLE TOP PHONE (LANDLINE)
600 NORTH SECOND
AJO AZ 85321


VFIS


WALKER & ARMSTRONG LLP
1850 N CENTRAL AVE, #400
PHOENIX AZ 85004


WEX
PO BOX 639
PORTLAND ME 04104-0639