THOMAS J. SALERNO (007492)
DOUGLAS H. ALLSWORTH (017104)
JASMIN CHIGBROW (037837)
KUTAK ROCK LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ 85253-2742
(480) 429-5000
tom.salerno@kutakrock.com
doug.allsworth@kutakrock.com
jasmin.chigbrow@kutakrock.com
scottsdaledocketing@kutakrock.com

*Counsel for the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 9 |
|---|---|
| PUERCO VALLEY FIRE DISTRICT, | Case No.: 2:26-bk-07566 |
| Debtor. | **MOTION FOR ACCELERATED HEARING RE MOTION FOR TURNOVER (LOCAL RULE 9013-1)** |

Pursuant to Local Rule 9013-1, PUERCO VALLEY FIRE DISTRICT, the above-captioned debtor in possession ("**Debtor**") hereby requests the Court set an expedited hearing on the *Motion Of The Debtor For Turnover Of Property Of The Estate and Related Relief*, filed July 30, 2026 (the "**Motion**"). The Motion seeks turnover of earmarked property tax revenues for the Debtor unlawfully being held by Apache County (the "**County**") because of overpayments of tax levies (the "**Tax Levies**") in prior years. The revenues represented by the Tax Levies are critical and essential to the operation of the Debtor in continuing its fire fighting and emergency services to the residents of Apache County and those who travel through Apache County. The Motion is supported by the *Statement And Declaration of Eligibility* by the Debtor's Board Chair, Antonia Wood filed July 30, 2026 (the "**Wood Declaration**").

The Debtor is seeking an emergency and expedited hearing on the Motion for as soon as the Court can make availability on its calendar. The withheld Tax Levies are critically needed immediately to prevent harm to the public and disruption in the essential services of the Debtor.

With respect to local Rule 9013-1, the Debtor submits as follows:

1. The Debtor is by service of all pleadings notifying all parties in the case of the Motion and this request for expedited consideration.

2. The likely known "opposing parties" to the Motion will be the County, who has already notified Debtor it intends to withhold all the Tax Levies for the fiscal year of the Debtor which commenced July 1. Attempts at negotiated resolution have failed. See Wood Declaration.

3. The facts setting forth the reason for accelerated consideration of the Sale Motion are as follows:

a. The Tax Levies are critical to the continued operation of the Debtor and its life saving operations. *See* Wood Declaration §7.

b. In the last fiscal year the Debtor responded to 150 calls for fire/emergency services and 916 calls for emergency medical/ambulance services. The closest fire district should Debtor's operation be interrupted or delayed will be from St. John or Holbrook, which are both small operations with an average response time from those facilities 9assuming they have staff to even respond) would be approx. two (2) hours. *Id.* §7.

c. Despite attempts at negotiation with the County for payment of even a portion of the current year's Tax Levies, the County has stated it will not advance any of the Tax Levies because of overpayments of Tax Levies in prior fiscal years. Id, §§ 8-9. This withholding of all Tax Levies is unlawful under Arizona law, as well as violative of Bankruptcy Code § § 362, 541, 542 and 543.

d. All counsel of record are being served with the Motion and this request.

2

## Relief Requested

The Debtor respectfully requests an Order of this Court on an emergency basis compelling the County Treasurer to immediately remit to the Debtor 90% of the Tax Levies attributable to Debtor for this fiscal year, to be heard as soon as the Court can make time on its calendar to consider the Motion. A form of Order Setting an Emergency Hearing on the Motion is being separately lodged in accordance with Local Rules.

RESPECTULLY SUBMITTED this 30th day of July, 2026.

**KUTAK ROCK, LLP**

By: _/s/ Thomas J. Salerno_
Thomas J. Salerno
Douglas H. Allsworth
Jasmin Chigbrow
*Attorneys for Debtor*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the EM/ECF registrants.

COPY of the foregoing e-mailed this 30th day of July, 2026,
as follows:

Marleita Begay
Apache County Treasurer
mbegay@apachecountyaz.gov
and mbegay@co.apache.az.us

Jasmine Blackwater-Nygren, Esq.
Apache County Attorney
attorneysgroup@apachecountyaz.gov
and cresare@apachecountyaz.gov

By: /s/ Myra Hamilton

4