

*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Chief Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PUERCO VALLEY FIRE DISTRICT,<br><br>Debtor. | **Chapter 9**<br><br>Case No.: 2:26-bk-07566-MCW<br><br>**ORDER SETTING EMERGENCY HEARING ON MOTION FOR TURNOVER**<br><br>**Date: Wednesday, August 5, 2026**<br>**Time: 11:30 AM**<br>**Location:  Courtroom #702, 230 N. 1st Avenue, Phoenix, AZ 85003** |

This matter came before the Court pursuant to the *Motion Of The Debtor For Turnover Of Property Of The Estate and Related Relief*, filed July 30, 2026 (the "**Motion**") filed by PUERCO VALLEY FIRE DISTRICT, the above-captioned debtor in possession ("**Debtor**"). In accordance with Local Rule 9013-1, the Debtor requests an emergency hearing on the Motion.

In light of the foregoing, and good cause appearing therefore, **IT IS HEREBY ORDERED as follows:**

1. An emergency hearing on the Motion shall be held on **Wednesday, August 5, 2026 at 11:30am.**

2. Objections to the Motion must be filed and served on counsel for the Debtor no later than 5:00pm on August 4, 2026 as follows:

Thomas J. Salerno

KUTAK ROCK LLP

Tom.salerno@kutakrock.com

3. Counsel for the Debtor is hereby directed to serve a conformed copy of this Order on counsel for Apache County and file an appropriate Certificate of Notice with the Court.

**DATED AND SIGNED AS ABOVE**

Case 2:26-bk-07566-MCW    Doc 11    Filed 08/03/26    Entered 08/03/26 13:26:16    Desc
Main Document    Page 2 of 2