THOMAS J. SALERNO, #007492
DOUGLAS H. ALLSWORTH, #017104
JASMIN CHIGBROW, #037837
KUTAK ROCK LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ 85253-2742
(480) 429-5000
Tom.Salerno@kutakrock.com
Doug.Allsworth@kutakrock.com
Jasmin.Chigbrow@kutakrock.com
ScottsdaleDocketing@kutakrock.com

*Attorneys for Puerco Valley Fire District*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PUERCO VALLEY FIRE DISTRICT,<br><br>     Debtor. | Chapter 9 Proceeding<br><br>**Case No.: 2:26-bk-07566**<br><br>**NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW STATE COURT SCHEDULED TRIAL TO TAKE PLACE**<br><br>**(Litigation pending in Superior Court of Arizona, Maricopa County at CV2023-017060)** |

NOTICE IS HEREBY GIVEN that Puerco Valley Fire District (**"PVFD"**), debtor in the above-captioned case, has filed a *Motion for Relief from the Automatic Stay to Allow State Court Scheduled Trial to Take Place* (the "**Motion**") on August 3, 2026. Copies of the Motion are on file in the above-captioned matter and can be obtained from the Court's website at https://ecf.azb/uscourts.gov/, if a registered PACER user, or can be requested from undersigned counsel, Thomas J. Salerno, at Kutak Rock LLP, 8601 N. Scottsdale Road, Suite 300, Phoenix, Arizona 85253.

In the Motion, Movant seeks the following relief: Modification of the automatic stay

pursuant to Bankruptcy Code §362(d)(1) to allow a jury trial scheduled for October 8, 12-14, 2026 to occur in Maricopa County Superior Court, with the Debtor to return to the Bankruptcy Court based on the outcome of that Jury Trial.

**RESPECTFULLY SUBMITTED** this 3rd day of August, 2026.

**KUTAK ROCK, LLP**

By: /s/ *Thomas J. Salerno*

Thomas J. Salerno
Douglas H. Allsworth
Jasmin Chigbrow

*Attorneys for Puerco Valley Fire District*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the EM/ECF registrants.

COPY of the foregoing e-mailed this 3rd day of August, 2026,
as follows:

**LOGAN ELIA, PLLC**
Logan Elia, Esq. (logan@loganeliapllc.com)
Counsel to Defendants in State Court Action

**BARRETT & MATURA, P.C**.
Jeffrey C. Matura (jmatura@barrettmatura.com)
Melissa J. England (mengland@barrettmatura.com)
Co-Counsel for Debtor in State Court action

**ELIZABETH C. AMOROSI**
Assistant United States Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

By: /s/ *Myra Hamilton*

4815-8160-4039.1