THOMAS J. SALERNO (007492)
DOUGLAS H. ALLSWORTH (017104)
JASMIN CHIGBROW (037837)
KUTAK ROCK LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ 85253-2742
(480) 429-5000
Tom.Salerno@kutakrock.com
Doug.Allsworth@kutakrock.com
Jasmin.Chigbrow@kutakrock.com
ScottsdaleDocketing@kutakrock.com

*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>PUERCO VALLEY FIRE DISTRICT,<br><br>Debtor. | **Chapter 9**<br><br>Case No.: 2:26-bk-07566-MCW<br><br>**EMERGENCY APPLICATION PURSUANT TO BANKRUPTCY RULE 2004 FOR ORDER REQUIRING APACHE COUNTY TREASURER TO APPEAR FOR EXAMINATION AND TO PRODUCE DOCUMENTS** |

Debtor Puerco Valley Fire District (**"Debtor"**), by and through its counsel undersigned, hereby applies pursuant to Bankruptcy Rule 2004(a), for an Order directing a representative for the **APACHE COUNTY TREASURER'S** to appear on an expedited basis, produce documents on an expedited basis and be examined under oath in relation to the above-captioned proceedings at the law offices of Kutak Rock LLP, upon not less than **ten (10) days'** prior written notice, or such other time and place as the parties may agree. The Debtor understands and appreciates that the normal timelines for document production and examinations under Rule 2004 is not less than 20 days' notice. The foregoing notwithstanding, and for the reasons set forth in the *Statement and Declaration of Eligibility* by the Debtor's

Board Chair, Antonia Wood filed July 30, 2026 (the "**Wood Declaration**") (Dkt. 5) and the *Motion for Accelerated Hearing Re Motion for Turnover (Local Rule 9013-1)* filed July 30, 2026 (Dkt. 6), both of which are incorporated herein, there are exigent circumstances facing the Debtor which requires emergency and expedited relief.

Debtor further requests that such representative be directed to appear and testify at such time and place to be scheduled on a date and on **ten (10) day's** written notice, and to produce on **seven (7) days'** notice for inspection, the documents and materials listed in the attached **Exhibit A,** and that Debtor's designation of the documents to be produced and the person to be examined may be in the form of a Subpoena pursuant to Rule 45, Fed.R.Civ.P., and R.9016, Fed.R.Bank.P., or by notice of deposition as provided by Rule 30, Fed.R.Civ.P., as long as Debtor complies with the Order's advance notice provisions, and that the parties may mutually agree to shorten or lengthen the time periods set forth, limit or expand the scope of the information or persons subject to examination, or provide other methods for Debtor to obtain the information sought from the Apache County Treasurer's Office, pursuant to the Court's Order.

**RESPECTFULLY SUBMITTED** this 10th day of August, 2026.

**KUTAK ROCK, LLP**

By: /s/ *Thomas J. Salerno*
Thomas J. Salerno
Douglas H. Allsworth
Jasmin Chigbrow

*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the EM/ECF registrants.

COPY of the foregoing e-mailed this 10th day of August, 2026, as follows:

Marleita Begay
Apache County Treasurer
(mbegay@apachecountyaz.gov,
and mbegay@co.apache.az.us)

Jasmine Blackwater-Nygren, Esq.
Apache County Attorney
(attorneysgroup@apachecountyaz.gov
and cresare@apachecountyaz.gov)

Michael O'Neil, Esq.
(moneil@taftlaw.com)
Attorneys for Apache County

Daniel Taylor, Esq.
daniel@maverickbankruptcylaw.com
Attorneys for Apache County

By: /s/ Myra Hamilton

# EXHIBIT A

## INSTRUCTIONS

All Documents (as defined below) requested herein are to be produced at the offices of Kutak Rock LLP, 8601 N. Scottsdale Road, Suite 300, Scottsdale, Arizona 85253. Electronic copies may be provided via email to counsel for Debtor Puerco Valley Fire District: Thomas.Salerno@kutakrock.com, Douglas.Allsworth@kutakrock.com, and Jasmin.Chigbrow@kutakrock.com.

## DEFINITIONS

For the purposes of this Order, the following definitions shall apply:

1. The following rules of construction apply to all requests: a) the connective "and" shall include "or" and the connective "or" shall include "and" and both shall be construed either disjunctively or conjunctively, whichever makes the request more inclusive; b) the singular shall be construed to include the plural and vice versa as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope; and c) the past tense shall be construed to include the present tense and vice versa as necessary to bring within the scope of the discovery request all responses that might otherwise be construed outside of its scope.

2. "Communication" means any contact between two or more persons and includes, but is not limited to, any written, audio or video recorded, graphic, or oral statement, testimony, question, command, supposition, or conjecture, however produced or reproduced, and whether or not made under oath, which is made, distributed, or circulated between or among persons, or data storage or processing units, and any and all documents containing, consisting of, or pertaining to, a communication.

3. The term "Document" means all information discoverable under Rule 34 of the Federal Rules of Civil Procedure and is intended to cover the broadest scope of information discoverable under that rule, including all Communications, and includes the original or a copy

of a handwriting, typewriting, printing, photocopying, a photograph, electronically stored information (as further defined in the Production Protocol), and every other means of recording upon any tangible thing and any form of communicating or representation, including letters, words, pictures, sounds, or symbols, or combinations of them.

4. The term "Person(s)" means a natural person, as well as any other entity such as a governmental agency or instrumentality, a corporation, trust, partnership, association or business organization of any kind, and all officers agents, employees, attorneys, consultants and representatives of any such entity and all other persons understood by you to be acting on any such entity's behalf.

5. The term "relating to" or "related to" means embodying, pertaining to, concerning, constituting, comprising, reflecting, discussing, showing, describing, evidencing, referring to, supporting, negating, or having any logical or factual connection whatsoever with the subject matter in question.

6. "Treasurer's Office" refers to the Apache County Treasurer's Office and any of its past or present appointees, representatives, affiliates, assigns, officers, administrators, directors, agents, contractors, subcontractors, attorneys, employees, and all other persons acting or purporting to act on its behalf.

7. "You" and "Your" refers to Treasurer's Office (as defined above).

8. "Debtor" or "PVFD" refer to Puerco Valley Fire District and any of its past or present chiefs, board members, representatives, officers, administrators, directors, agents, attorneys, employees, and all other persons acting or purporting to act on its behalf.

## DOCUMENTS TO BE PRODUCED

A. Produce an accounting tracking all taxes collected by You on behalf of Debtor, including fire district assistance taxes, between January 1, 2022 through the present.

B. Produce a copy of any and all Communications between You and Debtor, dating from January 1, 2022 through the present, relating to fire district levies or taxes, the Debtor's budget(s) for any period of time, and/or any analysis or claim by You that Debtor's

access or entitlement to funding from You should be limited or curtailed.

C. Produce an accounting tracking all payments made between You and Debtor between January 1, 2022 through to present.

D. Produce copies of Documents which relate in any way to the alleged “excess distributions” made by You to Debtor, as referenced in the attached letter (**Exhibit 1**).